IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV328-1-MU

| | |
|---|---|
| RODERICK WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| CALVIN MURPHY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Document # 1), filed July 20, 2005.

In his Complaint Plaintiff alleges that Defendant Murphy, an attorney in private practice, did not adequately represent him in his criminal case. Plaintiff requests that the Court award him the ten thousand dollars that he paid Defendant Murphy to represent him.

In order to state a claim under 42 U.S.C. § 1983, a Plaintiff must establish that one of his constitutional rights or federal statutory rights was violated by a person acting under the color of state law. 42 U.S.C. § 1983. A private attorney who is retained to represent a criminal defendant is not a "state actor" and thus is not amenable to suit under § 1983. See Deas v. Potts, 547 F.2d 800 (4th Cir. 1976). Accordingly, Plaintiff fails to state a claim under 42 U.S.C. §1983 against Defendant Murphy.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

**Signed: July 25, 2005**

Graham C. Mullen
Chief United States District Judge